**No. 10-6713. Amado Tamez, Petitioner v. Texas.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1181.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1070, 131 S. Ct. 660, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9443.

**No. 10-6767. Louis Bonanno, Sr., Petitioner v. Gerald Thomas, et al.**

562 U.S. 1252, 131 S. Ct. 1560, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1297.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9375.

**No. 10-6770. Jesse Lee Bell, Jr., Petitioner v. Julia Woods, et al.**

562 U.S. 1252, 131 S. Ct. 1561, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1211.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1093, 131 S. Ct. 797, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9556.

**No. 10-6775. Michael D. Wright, Petitioner v. Donald L. Stine, Superintendent, New Castle Correctional Facility.**

562 U.S. 1252, 131 S. Ct. 1561, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1260.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1071, 131 S. Ct. 663, 178 L. Ed. 2d 495, 2010 U.S. LEXIS 9068.

**No. 10-6781. Edward Faye Parks, Petitioner v. Edgewater Casino, et al.**

562 U.S. 1252, 131 S. Ct. 1561, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1282.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1093, 131 S. Ct. 799, 178 L. Ed. 2d 534, 2010 U.S. LEXIS 9538.

**No. 10-6863. In re Carlayne Sims, Petitioner.**

562 U.S. 1252, 131 S. Ct. 1561, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1205.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1108, 131 S. Ct. 824, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9656.

**No. 10-6867. Ronald Haddad, Jr., Petitioner v. River Forest Police Department, et al.**

562 U.S. 1253, 131 S. Ct. 1561, 179 L. Ed. 2d 367, 2011 U.S. LEXIS 1222.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1112, 131 S. Ct. 825, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9672.